[No. 53646-0-I.  Division One.  January 3, 2005.]

THE STATE OF WASHINGTON, *Respondent*, v. MARTIN ESTRADA FRANCISCO, *Appellant*.

Appeal from a judgment of the Superior Court for King County, No. 03-1-07416-7, Steven C. Gonzalez, J., entered December 15, 2003. *Affirmed* by unpublished per curiam opinion.